# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2657

_____

MELISSA L. KYLE,

Petitioner,

v.

HUBERT C. CARTER JR.,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

November 9, 2023

PER CURIAM.

DISMISSED.

RAY, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Melissa L. Kyle, pro se, Petitioner.

No appearance for Respondent.